# United States Bankruptcy Court
## Southern District of Florida

In re   **Alexis Cruzata**                            Case No.   **21-17608-AJC**
                                                  Debtor(s)         Chapter     **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of all payment advices **are not** attached because the debtor:
      ☐   receives disability payments
      ☐   is unemployed and does not receive unemployment compensation
      ☐   receives Social Security payments
      ☐   receives a pension
      ☐   does not work outside the home
      ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
      ☐   receives disability payments
      ☐   is unemployed and does not receive unemployment compensation
      ☐   receives Social Security payments
      ☐   receives a pension
      ☐   does not work outside the home
      ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Alexis Cruzata | Date: | August 2, 2021 |
|---|---|---|

**Alexis Cruzata**
Signature of Attorney or Debtor

ABM HR/Payroll/Benefits Admin > Payroll > Periodic Processing > U.S. History Inquiries

## Pay Stub History - Pay Stub History Information

| Address Number | 21228709 | CRUZATA, ALEXIS | | Route | | Pay Period From | 05/16/2021 |
| Check Date | 06/07/2021 | Pay Period Ending Date | 05/31/2021 | Check No. | 272790 | Pay Period Thru | 05/31/2021 |

Records 1 - 8

| Seq. | Pay Type | Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P | REGULAR | 80.00 | 10.12000 | 809.61 | 8,302.06 | | Gross Wages | 977.40 | 11,222.77 |
| 2 | P | OVERTIME | 5.72 | 15.18000 | 86.83 | 1,606.60 | | Federal Income Tax | .00 | |
| 3 | P | OT TAG | | | | 255.07 | | Federal FICA Withheld | 60.60 | 695.81 |
| 4 | P | HOLIDAY NB | 8.00 | 10.12000 | 80.96 | 310.16 | | Federal Medicare Withheld | 14.17 | 162.73 |
| 5 | P | SICK NB | | | | 394.68 | 1101 | FAMILY SUPP  - 79045 | 367.00 | 3,982.56 |
| 6 | P | PERS DAY EXP | | | | 354.20 | 1151 | CO GARN FEE  - 79045 | 1.25 | 13.75 |
| 7 | | | | | | | | Union Dues | .00 | 95.00 |
| 8 | | | | | | | 5030 | DUES ARREARS | .00 | 57.00 |

Gross Pay  977.40  -  Deductions  443.02  =  Net Pay  534.38

ORACLE JD Edwards EnterpriseOne

Roles ▼   Personalization ▼

Home  Navigator ▼  Open Applications ▼  Recent Reports ▼  Favorites ▼

ABM HR/Payroll/Benefits Admin > Payroll > Periodic Processing > U.S. History Inquiries

## Pay Stub History - Pay Stub History Information

✕ ▤ Form ▦ Row ▨ Tools

| Address Number | 21228709 | CRUZATA, ALEXIS | | | Route | | | Pay Period From | 06/01/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | 07/01/2021 | Pay Period Ending Date | | 06/15/2021 | Check No. | 44351 | | Pay Period Thru | 06/15/2021 |

Records 1 - 7                                                                 Customize Grid

| | Seq. | Pay Type | Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | P | REGULAR | | | | 9,063.80 | | Gross Wages | .00 | 12,210.91 |
| ○ | 2 | P | REG TAG | | | | 2.44 | | Federal FICA Withheld | .00 | 757.08 |
| ○ | 3 | P | OVERTIME | | | | 1,611.31 | | Federal Medicare Withheld | .00 | 177.06 |
| ○ | 4 | P | OT TAG | | | | 393.36 | 1101 | FAMILY SUPP  - 79045 | .00 | 4,349.56 |
| ○ | 5 | P | HOLIDAY NB | | | | 310.16 | 1151 | CO GARN FEE  - 79045 | .00 | 15.00 |
| ○ | 6 | P | SICK NB | | | | 475.64 | | Union Dues | -19.00 | 95.00 |
| ○ | 7 | P | PERS DAY EXP | | | | 354.20 | 5030 | DUES ARREARS | .00 | 57.00 |

Gross Pay              - Deductions   19.00-     =  Net Pay    19.00

BM HR/Payroll/Benefits Admin > Payroll > Periodic Processing > U.S. History Inquiries

## Pay Stub History - Pay Stub History Information

✗  Form  Row  Tools

| Address Number | 21228709 | CRUZATA, ALEXIS | | | Route | | | Pay Period From | 07/01/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | 07/22/2021 | Pay Period Ending Date | | 07/15/2021 | Check No. | 283772 | | Pay Period Thru | 07/15/2021 |

Records 1 - 8                                                                                         Customize Grid

| Seq. | Pay Type | Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P | REGULAR | | | | 9,268.63 | | Gross Wages | 1307.02 | 15,035.55 |
| 2 | P | REG TAG | 66.80 | 17.45000 | 1,165.67 | 2,480.90 | | Federal Income Tax | .00 | |
| 3 | P | OVERTIME | | | | 1,611.31 | | Federal FICA Withheld | 81.03 | 932.20 |
| 4 | P | OT TAG | 5.40 | 26.17500 | 141.35 | 534.71 | | Federal Medicare Withheld | 18.96 | 218.02 |
| 5 | P | HOLIDAY NB | | | | 310.16 | 1101 | FAMILY SUPP  - 79045 | 367.00 | 5,083.56 |
| 6 | P | SICK NB | | | | 475.64 | 1151 | CO GARN FEE  - 79045 | 1.25 | 17.50 |
| 7 | P | PERS DAY EXP | | | | 354.20 | | Union Dues | .00 | 95.00 |
| 8 | | | | | | | 5030 | DUES ARREARS | .00 | 57.00 |

Gross Pay   1,307.02   -   Deductions   468.24   =   Net Pay   838.78

## Pay Stub History - Pay Stub History Information

✕  Form  Row  Tools

| Address Number | 21228709 | CRUZATA, ALEXIS | | Route | | Pay Period From | 05/01/2021 |
|---|---|---|---|---|---|---|---|
| Check Date | 05/21/2021 | Pay Period Ending Date | 05/15/2021 | Check No. | 269081 | Pay Period Thru | 05/15/2021 |

Records 1 - 8                                                                                           Customize Grid

| | Seq. | Pay Type | Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | P | REGULAR | 58.11 | 10.12000 | 588.07 | 7,492.45 | | Gross Wages | 739.87 | 10,245.37 |
| ○ | 2 | P | OVERTIME | | | | 1,519.77 | | Federal Income Tax | .00 | |
| ○ | 3 | P | OT TAG | | | | 255.07 | | Federal FICA Withheld | 45.87 | 635.21 |
| ○ | 4 | P | HOLIDAY NB | | | | 229.20 | | Federal Medicare Withheld | 10.73 | 148.56 |
| ○ | 5 | P | SICK NB | 15.00 | 10.12000 | 151.80 | 394.68 | 1101 | FAMILY SUPP  - 79045 | 341.64 | 3,615.56 |
| ○ | 6 | P | PERS DAY EXP | | | | 354.20 | 1151 | CO GARN FEE  - 79045 | 1.25 | 12.50 |
| ○ | 7 | | | | | | | | Union Dues | 19.00 | 95.00 |
| ○ | 8 | | | | | | | 5030 | DUES ARREARS | .00 | 57.00 |

Gross Pay    739.87    -  Deductions   418.49   =  Net Pay   321.38

ORACLE JD Edwards EnterpriseOne

Roles ▼   Personalization ▼

Home   Navigator ▼   Open Applications ▼   Recent Reports ▼   Favorites ▼

ABM HR/Payroll/Benefits Admin > Payroll > Periodic Processing > U.S. History Inquiries

## Pay Stub History - Pay Stub History Information

✕  Form  Row  Tools

| Address Number | 21228709 | CRUZATA, ALEXIS | | Route | | Pay Period From | 06/16/2021 |
|---|---|---|---|---|---|---|---|
| Check Date | 07/07/2021 | Pay Period Ending Date | 06/30/2021 | Check No. | 280121 | Pay Period Thru | 06/30/2021 |

Records 1 - 8

| Seq. | Pay Type | Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P | REGULAR | 20.24 | 10.12000 | 204.83 | 9,268.63 | | Gross Wages | 1517.62 | 13,728.53 |
| 2 | P | REG TAG | 75.23 | 17.45000 | 1,312.79 | 1,315.23 | | Federal Income Tax | .00 | |
| 3 | P | OVERTIME | | | | 1,611.31 | | Federal FICA Withheld | 94.09 | 851.17 |
| 4 | P | OT TAG | | | | 393.36 | | Federal Medicare Withheld | 22.00 | 199.06 |
| 5 | P | HOLIDAY NB | | | | 310.16 | 1101 | FAMILY SUPP  - 79045 | 367.00 | 4,716.56 |
| 6 | P | SICK NB | | | | 475.64 | 1151 | CO GARN FEE  - 79045 | 1.25 | 16.25 |
| 7 | P | PERS DAY EXP | | | | 354.20 | | Union Dues | .00 | 95.00 |
| 8 | | | | | | | 5030 | DUES ARREARS | .00 | 57.00 |

Gross Pay   1,517.62   -   Deductions   484.34   =   Net Pay   1,033.28