UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
ALEXIS CRUZATA,                                              Case No: 21-17608-AJC
                                                             Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Alexis Cruzata**,** by and through their undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On August 2,2021 the instant case was filed as a chapter 7 bankruptcy.

2. On August 24,2021 this case was dismissed due to electronical filing error.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtors pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing Jacqueline Calderin Trustee, 1825 Ponce De Leon Blvd, #358, Coral Gables, FL 33134 and was sent on 11th day of March, 2013 via ecf to regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Genesis Credit/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Nebraska Dept. of Health & Human Srvcs
Attn: Bankruptcy
Po Box 95026
Lincoln, NE 68509

Oportun
Attn: Bankruptcy
Po Box 4085
Menlo Park, CA 94026

Oportun, Inc.
870 E 41th Street
Hialeah, FL 33013

Palmetto General Hospital
PO Box 741185
Atlanta, GA 30384-1185

Palmetto General Hospital
PO Box 741185
Atlanta, GA 30384-1185

Saxon Mortgage Service
No Longer in Business
All Loans Transferred)
Irving, TX 75063

Southeast Toyota Finance
PO Box 991817
Mobile, AL 36691-8817

Syncb/City Furniture
PO Box 960061
Orlando, FL 32896-0061

Syncb/walmart

The Home Depot
PO Box 9001010
Louisville, KY 40290-1010

Walmart
PO Box 530927
Atlanta, GA 30353-0927

World Omni Financial Corp.
Attn: Bankruptcy
Po Box 991817
Mobile, AL 36691