Certificate Number: 17082-FLS-DE-035956636

Bankruptcy Case Number: 21-17608



17082-FLS-DE-035956636

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2021, at 6:29 o'clock AM MST, ALEXIS CRUZATA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: August 31, 2021

By: /s/Boglarka Brown

Name: Boglarka Brown

Title: Certified Credit Counselor